IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re: JEROME GRIMES

No. C 16-80046M CW

ORDER RETURNING COMPLAINT TO PLAINTIFF

_____/

On December 9, 2005, this Court entered a pre-filing order regarding the cases filed by Plaintiff Jerome Grimes. The pre-filing order states that if Mr. Grimes files a complaint that is "related to any of the following matters:

    (1) a diversified group of individuals who commit acts of terror against Mr. Grimes, his family and other citizens;

    (2) an injunction against the defendants to prevent them from kidnaping, framing, falsely imprisoning or otherwise terrorizing Mr. Grimes, his family, and other citizens;

    (3) a court order for the defendants to be subjected to a lie detector test;

    (4) covert terrorism

it will not be filed unless it presents cognizable claims that are not based on merely conclusory allegations. Second, no other complaints filed by Mr. Grimes while he is not incarcerated or detained will be filed unless they contain intelligible factual allegations and claims for relief."

The Court has reviewed the above-captioned complaint filed by Mr. Grimes and finds that it shall not be filed because it

alleges that Defendants are engaged in covert terrorism.  Mr. Grimes alleges no cognizable causes of action in this complaint.

Because the above-captioned complaint concerns matters mentioned in the pre-filing order and presents no cognizable cause of action, the Clerk of the Court is ordered not to file it.[1]  Instead, the complaint shall be returned to Mr. Grimes.

IT IS SO ORDERED.

Dated: May 19, 2016

CLAUDIA WILKEN
United States District Judge

---

[1] The Court also notes that at least one page of the complaint contains a caption for the United States District Court for the District of New Jersey and the complaint appears to be based on events that took place in New York, New Jersey, Virginia, Texas and Louisiana.  Accordingly, it is not clear that this Court is the appropriate venue for any claims arising out of these events.

|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| NORTHERN DISTRICT OF CALIFORNIA | |

| | |
|---|---|
| JEROME L. GRIMES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN ERIKSEN, et al.,<br><br>　　　　Defendants. | Case No.   16-mc-80046-CW<br><br>**CERTIFICATE OF SERVICE** |

　　I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

　　That on May 19, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jerome L. Grimes (with complaint)
440 Friendship Road
Homer, LA 71040


Dated: May 19, 2016

　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　By:__ *Nichole Peric* __
　　　　　　　　　　　　　　　　　　Nichole Peric, Deputy Clerk to
　　　　　　　　　　　　　　　　　　the Honorable CLAUDIA WILKEN